## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80069-Cr-Middlebrooks/Brannon

18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 2425
18 U.S.C. § 2253

**UNITED STATES OF AMERICA**

vs.

**TONYA BAGLEY,**

    **Defendant.**
_____/

FILED BY ___*TM*___ D.C.

Oct 13, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

The United States Attorney charges that:

### COUNT 1
### 18 U.S.C. §§ 2251(a) and (e)
### (conspiracy to produce child pornography)

From on or about November 19, 2019, and continuing through on or about March 10, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**TONYA BAGLEY,**

did knowingly and willfully combine, conspire, confederate, and agree with R.D. to knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
## 18 U.S.C. § 2425
### (use of interstate facilities to transmit information about a minor)

Between on or about November 19, 2019, and on or about November 21, 2019, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

## TONYA BAGLEY,

using a facility and means of interstate and foreign commerce, that is, a personal computer, cellular phone, a modem, a telephone line, and the internet, knowingly initiated the transmission of the name of Minor Victim 1, knowing that such individual had not attained the age of 16 years, with the intent to entice, encourage, offer, and solicit any person to engage in sexual activity for which a person can be charged with a felony criminal offense, including but not limited to, production of child pornography, in violation of Title 18 United States Code, Section 2251(a), all in violation of Title 18, United States Code, Section 2425.

## FORFEITURE

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TONYA BAGLEY**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2251 as alleged in this Information the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

> (a) any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which

was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from the offense(s); and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s) or any property traceable to such property, including but not limited to:

1. an Apple iPhone with a red case,

2. an Apple iPhone with a grey case,

3. an Apple iPad,

4. a Turtle Beach flash drive,

5. a Cruzer Glide flash drive, and

6. an HP laptop;

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at Title 21, United States Code, Section 853 as incorporated by Title 18, United States Code, Section 2253(b).

*[signature]*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*[signature]*
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

TONYA BAGLEY

_____ Defendant. _____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

Court Division: (Select One)
___ Miami    ___ Key West
___ FTL    ✓ WPB    ___ FTP

New defendant(s)      Yes ___    No ___
Number of new defendants ___
Total number of counts ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                        (Check only one)

   I    0 to 5 days    ✓                    Petty    _____
   II   6 to 10 days   _____                Minor    _____
   III  11 to 20 days  _____                Misdem.  _____
   IV   21 to 60 days  _____                Felony   _____
   V    61 days and over _____

6. Has this case previously been filed in this District Court?    (Yes or No)    No
   If yes: Judge _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    Yes
   If yes: Magistrate Case No.    20-MJ-8141-BER
   Related miscellaneous numbers:    20-MJ-8122-WM (arrest of co-defendnat on 3/10/20)
   Defendant(s) in federal custody as of    3/18/2020
   Defendant(s) in state custody as of    _____
   Rule 20 from the District of    _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___    No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___    No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    Yes ___    No ✓

                                                    *Gregory Schiller*
                                                    GREGORY SCHILLER
                                                    ASSISTANT UNITED STATES ATTORNEY
*Penalty Sheet(s) attached                          FL Bar No. 0648477                REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: Tonya Bagley

Case No: _____

Count #: 1

Conspiracy to Commit Production of Child Pornography

Title 18, United States Code, Section 2251(a) & (e)

*Max. Penalty: 30 Years' Imprisonment (15 year mandatory minimum), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

Count #: 2

Use of Interstate Facilities to Transmit Information about a Minor

Title 18, United States Code, Section 2425

*Max. Penalty: 5 Years' Imprisonment, $250,000 fine, Supervised Release of up to 3 Years, $100 Assessment

*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Tonya Bagley | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

<u>Khurrum Wahid, Esq.</u>
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*