UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  220-CR-80069-DMM

UNITED STATES OF AMERICA,

            Plaintiff,                    Judge Middlebrooks

v.

TONYA BAGLEY,

            Defendant.

_____/

SENTENCING MEMORANDUM

The defense respectfully submits this document and accompanying exhibits to aid the Court's determination of an appropriate sentence for Ms Tonya Bagley  Below are factors delineated in 18 U.S.C. § 3553(a), which allow the Court additional basis to sentence Ms. Bagley below the bottom of her guidelines range. This memorandum is a request for a variance below the bottom of the U.S.S.G. United States v. Booker, 553 U.S. 220 (2005).

The yardstick is now a sentence "sufficient but not greater than necessary" to accomplish the stated goals of sentencing [in §3553(a)(2)].  There is "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct" [§3553(a)(6)], and the need "to promote respect for the law, and to provide just punishment for the offense" [§3553(a)(2)(A)]." United States v. Ranum, 353 F. Supp.2d at 987 (E.D. Wisc. 2005).  Reasonableness is the over arching factor to determine a sentence and the guidelines are only one element of determining what is reasonable. Kimbrough v. U.S., 552 U.S 85, 90 (2007). The standards governing departures do not bind a district court when employing

1

its discretion with respect to variances.  United States v. Chase, 560 F.3d 828 (8th Cir. 2009).

Courts have reduced sentences by up to a third and this has been found reasonable.  United States

v. Jenkins, 537 F.3d 1(1st Cir 2008). Up to an eight level departure downward from the

guidelines has been deemed reasonable.  United States, v. Menyweather, 431 F.3d 692 (9th Cir.

2005).

CHARACTERISTICS OF THE DEFENDANT

Tonya Lynn Burks, now Bagley, was born on March 24, 1978 in Bluefield, West Virginia

to Tommy Burks Senior and Barbara Allen (Harmon).  Tonya suffered a traumatic childhood

that was abusive.  Her mother used drugs intravenously and her father was a physically abusive

alcoholic. Her brother, Tommy Burks Jr. was convicted of Aggravated Assault.  Her other

brother, Mallory Allen Burks was convicted of Sale/Distribution of Schedule III Drug

(CR1400103-00) which he was sentenced to 3 years penitentiary, sentence suspended for 2 years

11 months and placed on probation to begin upon release.  He was also charged with Sale

Distribution of Schedule III Drug (CR1400104-00 and CR14001105-00) both cases were nolle

prossed. Tonya remembered being sexually abused by both brothers. She was placed in a group

home for her protection where she was sexually assaulted.

There is a familial history of substance abuse. Her father was an abusive alcoholic.

Tonya remembers that her father put alcohol in her bottle when she was 4 years old. Tonya

disclosed to the co-defendant that she was beaten by her alcoholic father her entire life.   Her ex-

husband and older daughter also confirm these facts. Tonya read books and listened to music in

order to cope with her abusive father. Additionally, there was domestic violence between her

parents.  Her mother consumed alcohol regularly and used heroin intravenously.  Tonya

remembers her mother used to dress her as a clown and make her hold her down while she

injected drugs into her arm.

When she was 4 years old, her father enrolled the family in a religious cult known as "The Worldwide Church of God." The Worldwide Church of God,   Adventist church was founded in 1933 as the Radio Church of God by Herbert W. Armstrong.  In 1947, the name was changed to the name to the Worldwide Church of God. His son, Garner Ted Armstrong became the head of the organization.  Garner Ted Armstrong left the church in the 1970s after being accused of sexual immorality, having sexual relationships with numerous women even when married. Women were underrated. She was also affiliated with Church of Church of Jesus Christ of Latter Day Saints.

Tonya has a life-long history of being sexually abused. Her mother gave Tonya to men from the age of four for sex in exchange for drugs. Her mother was given drugs by individuals to watch her brothers rape her. When she was 12 years old, her father was informed that her brothers were sexually abusing her and her parents separated. Tonya disclosed that she has PTSD from the sexual assault.  Her mother told Tonya that she was worthless and that being raped was the only thing she would be good at.  Tonya moved in with her brother Tommy when she was 15 years old.  He tried to rape her and when she resisted, he sodomized her. She lived in a group home in Virginia, the Richmond Village Group Home and was receiving therapy in the RASAC Clinic (rape and sexual abuse center) and Rayban Sexual Assault Center. She left when she was 18 years old and moved in with a friend. Tonya worked as a stripper at one point in her youth. She was raped by the bouncer and had a baby girl. She was forced to give up for adoption and has never seen her daughter again. Tonya sought substance abuse treatment after this episode.

Tonya has had a series of failed relationship. She seemed to have turned things around when she married Joshua John Ulch in approximately 1998.  They had a daughter, Jasmine Lynn

Ulch.  This marriage however broke down in only a few years and they divorced in 2001. The end of this relationship led Tonya into a depression. She took the drug ecstacy which she used on a regular basis to self-medicate her depressive symptoms. Tonya became dependent on ecstacy after her daughter was taken by her husband and she never saw her again. During this time she met Jacob Saul Sparrows whom she later married and has a daughter, Samantha Lynn Sparrows. Tonya found a video of her husband having a sexual relationship with another man which led to their divorce.

Tonya was in a serious car accident which occurred in 2003 and unable to care for her daughter who was been raised primarily by paternal grandparents.  Tonya married Travis Lee Bagley on May 17, 2007. They have 2 sons who are residing with Travis Bagley in Colorado. She went to therapy following the birth of her son in 2008 due to post-partum depression and OCD exacerbation. Again, Tonya had her trust broken when Travis was having an extramarital relationship with her best friend's sister for approximately 4 months. Travis told her he wanted a divorce.  This created a stressful home environment. Around this time Tonya was also diagnosed with a mass that appeared to be cancer.  Tonya experienced anxiety and depression. Her husband found a note from Tonya hinting she was suicidal. The police deputies brought Tonya to the emergency room for a psychological assessment and a safety plan was created for her.  A mental status examination was performed because of her suicidal intent. She was determined to have "slight impulsivity but currently denied any suicidal ideation."[1] She suffered from chronic pain. She was discharged home with her daughter and husband with a referral to out-patient behavioral health services.

---

[1] Mind Springs-Face to Face Crisis

<u>Mental Health:</u>

Tonya's medical infirmities exacerbated her psychological history of depression and PTSD (Post Traumatic Stress Disorder) from childhood molestation of her brothers. [2]She has a documented history of trauma and mental health treatment.

Tonya attended treatment for her mental health issues via River View Counseling. Her therapist was Mary Entrican who has her Master's Degree in Clinical Psychology from San Jose State University in 1993 with an emphasis in Marriage and Family Therapy. She has a Bachelor of Arts degree in Psychology /Developmental –Personality-Social with a minor in Sociology from San Jose State University in 1991.  She is a Licensed Marriage and Family Therapist and a Certified Addictions Counselor II.  Ms. Entrican specializes in mood disorders, anxiety disorders, trauma disorders, substance abuse and victims of abuse.  Tonya's primary care physician was Dr. Stephen Humpal.

Tonya was administered the GAD-7 test on February 24, 2017and had a total score of 19 and PHQ-9 Quick Depression Index Score was 18. "Both(tests) indicate severe depression and anxiety."[3]  Tonya admitted feeling angry, irritable, like a failure, hopelessness, hallucinations, hearing voices, mood swings, sad or depressed mood. At that time she acknowledged that she was a victim of "emotional abuse, physical abuse, sexual abuse."

*Adult Mental Health Intake Evaluation March 10, 2017:*

Tonya had a depressive episode following post- partum after the birth of her son. The depression worsened when her brothers who raped her tried to reconnect with her.  Ms. Entrican notes "[S]he has an extensive trauma history in childhood."[4] She also notes Tonya's father was

---

[2] Mind Springs DAP Note
[3] River View Counseling,  pplc
[4] River View Counseling,  Mental Health Intake Evaluation

emotionally and physically abusive, her mother used heroin and had Tonya assist to inject her and gave Tonya to men for drugs.   She was experiencing symptoms such as not knowing who she was and thinking she was a young child.  She was unsure if this was caused by the brain tumor or a dissociative trauma reaction. [5] Around this time, Tonya was medically diagnosed with what was believed to be astrocytomas, which is inoperable brain tumor. After some time and monitoring the mass disappeared on its own.

Tonya had been diagnosed with suicidal ideation and PTSD.  Her PTSD score was 53 which meet the criteria for PTSD, Post-Traumatic Stress Disorder. She had "extensive trauma and abuse history growing up."[6] Her short-term memory and long term memory were both slightly impaired.[7]She was diagnosed with "Obsessive-compulsive disorder, unspecified (primary), Major depressive recurrent, moderate (secondary) and Post-traumatic disorder chronic (rule out)." [8]The interventions for Tonya's therapy at River View Counseling included cognitive-behavioral, client centered, supportive, discussed behavior, discussed current stressors, facilitated identification of feelings and problem solving, parenting skills, psycho-education, psychosocial assessment. Her assessment was incomplete because she dropped out of therapy.

*Adult Mental Health Intake Evaluation August 21, 2017:*

At this point Tonya continues to experience depression but does not have the suicidal ideation. Her depression and anxiety increased in the last four months, resulting in anxiety attacks. According to Ms. Entrican, the fights between her children are triggering her trauma history of domestic violence between her parents and violence between her siblings and herself. Her suicidal ideation stopped when she was prescribed Prozac.  During this assessment the

---

[5] River View Counseling, pplc
[6] River View Counseling, pplc
[7] River View Counseling, pplc
[8] River View Counseling, pplc

counselor noted Tonya had "extensive familial sexual trauma and abuse growing up…It was a very dysfunctional and chaotic upbringing. "[9] This manifested in very poor stress coping skills and symptoms such as "night terrors, nausea and vomiting interfering with food intake". Tonya was instructed to use narrative stories and nightmare protocol for nightmares and terrors. Tonya responded to the intervention.  Mary Entrican was to correspond to Dr. Stephen Humpal, the referring physician, regarding the medication re-evaluation. Tonya's anxiety and OCD were so severe it was interfering with her day to day functioning. Dr. Humpal wanted to try amitriptyline, Elavil, before increasing Prozac, while increasing the counseling therapy.  Tonya responded well to the intervention. The following year Tonya attended Mind Springs Crisis Aftercare in the Grand County Aftercare Program.  She appeared in the Granby Clinic Hospital Emergency Room as a crisis assessment and was diagnosed with "Generalized Anxiety Disorder and Major Depressive Disorder, recurrent moderate with severe anxious distress."

In this time frame Tonya's breakdown appeared to be connected to the timing of her husband, Travis Bagley, disclosing he was unfaithful to her.  Tonya believes Travis Bagley cheated on her because she had cancer. She received treatment from Dr. Stephen Humpal who prescribed a higher dose of Prozac for depression and Hydroxyzine for anxiety.  Dr. Humpal described her as having severe depression with PHQ-9 of 31..  She also had suicidal thoughts but no specific plan. There was an improvement in her depression with the fluoxetine was increased to 60 mg. daily. She still was having seizures but did not want any further work up. She was not allowed to continue driving a vehicle because of the seizures.[10]   Tonya went back to Mary Entrican from River View Counseling on May 21, 2018 where another evaluation was conducted.

---

[9] River View Counseling, pplc
[10] Dr. Humpal medical records

*Adult Mental Health Evaluation June 27, 2018:*

Tonya's GAD (Generalized Anxiety Disorder Test) score is now 21, and PHQ (Patient Health Questionaire) score is 18, indicating severe anxiety and depression. She also had an increase in OCD because she is worrying about her husband cheating on her. Tonya experienced "sleep disturbance and nightmares, intrusive thoughts and images. Her OCD has also flared up.  She currently meets the criteria for PTSD (Post Traumatic Stress Disorder, depression and OCD (Obsessive Compulsive Disorder) (by history)."[11]  Tonya experienced anxiety and depression after learning that her husband was having an affair with her best friend's sister for 3 or 4 months.  Her children knew about the affair because they overheard telephone calls. Her husband told her that he loved the other woman and she would have to accept this. She slapped him during a panic attack, called the police and spent the night in jail and was charged with domestic violence which occurred on April 11, 2018. Tonya is put on more medication such as 60 mg Prozac, Hydroxyzine 50 mg for anxiety, amoxicillin and Ventolin.  Her husband was remorseful and ended the affair. He had a history of infidelity and was emotionally abusive.

As she continues in therapy, Tonya reports panic/anxiety attacks that are triggered by her children's fighting which triggers memories of violence between her parents and siblings. This meets the criteria of Post- Traumatic Stress Disorder, Depression and OCD by history.[12] She received cognitive-behavioral intervention and problem solving intervention. Tonya continued to experience night terrors, nausea and vomiting that prohibited food intake, and shaking.  Her mental health symptoms were again noted as too severe to use appropriate coping skills. Tonya related that the new medication made her more restless and she could not sleep.

Tonya's condition was noted throughout 2018 as follows: "Agitation, Anxiety/Panic

---

[11] River View  Counseling, pplc
[12] River View Counseling,  pplc

Attacks, Awakening During the Night, Changes in Appetite, Crying Spells, Decreased Interest Or Pleasure in Doing Things, Delay in Falling Asleep, Difficulty in Making Decisions, Feeling Angry, Feeling Irritable, Feeling Like a Failure, Feeling of Hopelessness, Hallucinations, Hearing Voices, Loss of Energy feeling tired, Mood Swings, Moving or speaking so slowly that others notice or the opposite, Restless, keyed up on edge, Sad or depressed mood, Weight loss or gain, Worrying/Anxiety."[13]  At varied times in the later part of 2018 she experienced suicidal thoughts.

Tonya's psychological symptoms are exacerbated by physical problems. She suffered from back and joint pain, chest pain, digestive problems, dizziness and fainting spells, nausea and vomiting, pain, rapid heart- beat, and shortness of breath.

Mary Entrican, LMFT, CAC II, MS wrote a letter to primary care Dr. Stephen Humpal on October 6, 2017:  "She is currently diagnosed with PTSD (Post Traumatic Stress Disorder), OCD (Obsessive Compulsive Disorder) and Depression, recurrent and moderate in severity. She also has multiple medical issues and pain issues that contribute to her symptomology.
Her primary diagnosis is PTSD, Post- Traumatic Stress Disorder. She has an extensive trauma history, is experiencing trauma related nightmares and night terrors and many other trauma reactions. ..She has prior episodes of depression throughout her life. Her OCD, obsessive compulsive disorder, has duration of at least a decade or more."[14]

Tonya was terminated from River View Counseling on December 30, 2018 due to poor attendance in therapy. Progress was limited and it is expected that she will need treatment in the future. She had two sessions at River View Counseling between March 10, 2017 and April 27, 2017.  She also had three sessions of therapy at River View Counseling between August 21,

---

[13] River View Counseling,  pplc
[14] Mary Entrican letter, LMFT, CACII, MS, 10/06/2017

2017 and October 16, 2017.

<u>Medical:</u>

Tonya has numerous medical infirmities.  She has suffered from epileptic seizure disorder since childhood. Tonya suffered a seizure and fell while taking a bath on May 22, 2016. She suffered pain in her right shoulder, right upper back and right side. She suffered contusions and strains of the right shoulder and may have exacerbated her disc herniation at the C6-C7 level.  She was evaluated for physical therapy. She was prescribed Lamictal 25 mg. pobid and Gabapentin 300 mg potid.[15] Both medications are anticonvulsants.

When Tonya was 10 years old, she was diagnosed with Lupus. Lupus is an inflammatory disease caused when the immune system attacks its own tissues. Tonya stated that her immune system is compromised by lupus and she is prone to getting illnesses. She also has bladder control issues, pain and fatigue due to lupus.

As mentioned above, Tonya experienced memory loss due to malignant astrocytoma of the thalamus.[16] She sometimes does not know who she is or thinking she is a young child. Her short-term memory and her long-term memory are both "mildly impaired."[17] She tried to compensate for her memory loss by setting reminders alarms on her phone.

Tonya suffered spinal compaction from a car accident in 2003. She was hit head on by a drunk driver.  [18] Tonya suffered chest pains and back pains more frequently after her motor vehicle accident. She received steroid injections in her spine and the recommendation to receive Lyrica for the pain.[19] Tonya received a C-Spine on May 22, 2015 due to her spinal injury. "1).

---

[15] Dr. Stephen Humpal medical records
[16] Dr. Stephen Humpal medical records
[17] River View Counseling, pplic
[18] River View Counseling, pplc
[19] Dr. Stephen Humpal medical records

There was a reversal of the normal cervical lordosis at C6-7. 2). The C6-7 and C7-T1 degenerative disc disease, with disc space narrowing slightly greater with the anterior aspect compared to the posterior.  3). Moderate C6-7central stenosis secondary to a broad- based disc/osteophyte complex, asymmetric to the left which mildly flattens the ventral cord. There is moderate narrowing of the medial aspect of the neural foramina bilaterally. 4). Moderate C7-T1 central stenosis secondary to disc/osteophyte complex, asymmetric to the right. It mildly flattens the ventral cord and disc herniation on the right extends 8 mm below the disc level. "[20]

Tonya suffered chest pains and back pains more frequently after her motor vehicle accident. Cardiology recommended a treadmill stress test. The test was discontinued due to complaints of fatigue and dizziness and feeling that she was going to collapse. [21] Tonya suffered a fracture in the base of the fourth distal phalanx. She had a closed mallet fracture of the distal phalanx of the left ring finger.  She had a swan-like deformity of the finger of the left hand. She suffered a trigger ring finger of the left hand.[22]  She has obstructive sleep apnea and wears a CPAP which is continuous positive airway pressure therapy.

Dr. Humpal diagnosed her with "hyperlipidemia, depressive disorder not otherwise classified, seizure, migraine, lupus, astrocytoma brain tumor, depression, malignant astrocytoma of the thalamus, tachycardia, chronic low back pain without sciatica, insomnia, snoring, night terrors, adult, PTSD (post-traumatic stress disorder), OCD (obsessive compulsive disorder), severe obstructive sleep apnea, high altitude period breathing. "[23] Tonya had difficulty falling asleep and staying asleep. She was told by her husband that she screams during the night. [24]

---

[20] Dr. Stephen Humpal medical records.
[21] Dr. Stephen Humpal medical records
[22] Dr. Humpal medical records
[23] Dr. Stephen Humpal medical records
[24] Dr. Stephen Humpal medical records

Tonya is a mentally ill woman who experienced multiple traumas throughout her life. She has significant abuse history: "Emotional, Physical, Sexual, Verbal."[25]  She has suffered " extensive trauma and abuse history growing up"[26]. She suffered sexual abuse, physical abuse, exposure to family substance abuse and dysfunction in her family. Experiencing multiple forms of abuse may pose deleterious consequences as an adult. Maltreatment by a family member is an important factor in treatment. Individuals who suffer four or more adverse childhood experiences including psychological abuse, sexual abuse, physical abuse, exposure to substance abuse were at a greater risk for substance abuse, depression, suicidality and poorer health. Many female sexual offenders have a lifetime exposure to trauma, including physical and sexual abuse, mental illness and substance abuse.[27]

Recently, Dr. Michael Brannon was retained to conduct tests on Tonya.  His report is attached. He diagnosed Tonya as suffering with "Posttraumatic Stress Disorder, Major Depressive Disorder, Recurrent, Severe, Obsessive Compulsive Disorder, (rule out) Dissociative Identity Disorder, (rule out) Dependent Personality Disorder, Lupus, Breast Cancer (in remission), Several Head Injuries with Loss of Consciousness. "[28]

Dr. Brannon administered the Beck Depression Inventory-Second Edition (BDI-II) and the Beck Anxiety Inventory (BAI). Her total score was in the High range of depressive symptomology and the High range of anxiety.  "Psychological testing revealed symptoms of

---

[25] River View Counseling, pplc
[26] River View Counseling, pplc
[27] Factors Related to Co-Offending and Coerced Offending Among Female Sex Offenders: The Role of Childhood and Adult Trauma Histories (springerpub.com) Violence and Victims, Volume 33, Number 1, 2018
[28] Dr. Michael Brannon evaluation 04/01/2021

12

depression, anxiety and hopelessness."[29]She has had periods of depression her entire life.[30]

Dr. Brannon administered tests to determine the validity of the testing.  He administered the Reliable Digit Span test and she scored consistent with adequate effort on cognitive tasks. The Miller Forensic Assessment of Symptoms Test (M-FAST) was also administered and Tonya score did not reflect malingering.

Sexually abused children suffer from mental health symptoms. Anxiety is frequently noted including nightmares, PTSD, dissociative reactions and depression. [31]Tonya has been diagnosed with those disorders.  Depression and post -traumatic stress disorders are the most common mental disorders for women who suffer from childhood sexual abuse. Tonya's primary diagnosis is Posttraumatic Stress Disorder. "She has an extensive trauma history, including trauma related nightmares and night terrors and many other trauma reactions. Her PTSD checklist is 53, indicative of PTSD."[32]

Individuals who suffer from PTSD are 80% more likely to have symptoms of another mental disorder such as depressive disorder, anxiety or substance abuse disorder.[33]Tonya suffered from depression her entire life and has a history of substance abuse which self-medicates her depressive symptoms. Tonya experienced recurrent flashbacks of sexual abuse from her brothers.  Her mother used Tonya as an exchange to get drugs from men and to inject her with drugs. Her father was physically abusive and her parents fought.  These memories all continue to stay alive within Tonya.

Sexual victimization increased Tonya's risk factor for depression and lowered her self-

---

[29] Dr. Michael Brannon evaluation 04/01/2021
[30] Letter from Mary Entrican, LMFT, CACII, MS, 10/06/2017
[31] Sadock, Benjamin J., Virginia A. ... Kaplan & Sadock's **Synopsis of Psychiatry**: Behavioral Sciences/clinical **Psychiatry**. **Eleventh edition**. Philadelphia: Wolters Kluwer, 2015.
[32] Letter from Mary Entrican, LMFT, CACII, MS, 10/06/2017
[33] DSM V https://doi.org/10.1176/appi.books.9780890425596.dsm05

13

esteem. Depression and self-esteem create an increased vulnerability for sexual assault victimization. [34]

Tonya admits her mistake. She is remorseful.  Testing did not reveal any malingering or poor effort.  She is an appropriate candidate for long-term individual counseling that focuses on trauma-resolution, judgement, parenting skills, and assertiveness.  She should also participate in psychiatric case management and medication compliance. She should also attend sex offender rehabilitation. She needs to participate in recovery group meetings and submit to substance abuse testing.  Treatment should be emphasized on reducing risk and enhancing hope and increasing self-esteem. [35] The Bureau of Prisons has a sexual offender treatment program and a substance abuse treatment program that Tonya would participate in.

## NATURE AND CIRCUMSTANCES OF THE OFFENSE

To understand the offense, it is important to first have context as to Tonya's state of mind at the time Mr. Dunn entered the picture.. Tonya has had a lengthy documented mental health history.  Her husband had left her for another women, a woman who was close to Tonya. The divorce was finalized in September of 2019, only two months before this incident. Tonya was essentially homeless after the divorce. She started drinking again, which exacerbated her posttraumatic stress disorder and depression.  She was in a very vulnerable mental state when she submitted to the co-defendant's demands.

In her discussions on Facebook with Robert Dunn she states on page 9332 it was "my mistake was being born".  She discusses her life with him. Mr. Dunn is an experienced

---

[34] Krahé, B., & Berger, A. (2017). Longitudinal pathways of sexual victimization, sexual self-esteem, and depression in women and men. *Psychological Trauma: Theory, Research, Practice, and Policy, 9*(2), 147–155. https://doi.org/10.1037/tra0000198
[35] Role of Childhood and Adult Trauma, *Violence Vict.* 2008 ; 23(3): 331–343.

manipulator. He is a convicted sexual offender and has been an online predator to many women who have fallen victim to him. In his interview with law enforcement Mr. Dunn admits to using several online dating websites such as 121bdsm.com , Alt.com, Okcupid.com , and chat functions such as Facebook and Google Hangouts.  Tonya tells Mr. Dunn about her husband cheating on her when she was diagnosed with a form of pre-cancer (pg 9413). She talks to Mr. Dunn about coping with her abusive father, the sexual assault over the years by her own family and the continued breaking of trust by almost everyone who was close to her. (FB pgs 9414, 9418, 9421, 9422.) She spends time telling Mr. Dunn about her very sad life, and Mr. Dunn shows an interest in her story, an empathy for her circumstances.

Based upon the interview of Mr. Dunn it is clear he has used a particular technique before and he knows prey when he sees it. He admits in his interview he managed to get Tonya to the place where she wanted to prove herself to him. (Dunn interview, 78 minute mark).  Looking at Mr. Dunn's Google Chats he used the same technique on a "Joyce", also a target for her past family trauma. "Joyce's" father died of cancer a few years before and she disclosed to him her husband cheated on her.

At the time of the offense, Tonya was at her lowest point of self esteem and fell into the clutches of a skilled sexual predator. Much of Tonya's discussion with Mr. Dunn were never intended to become true, it was online fantasy role play. Tonya never intended to leave Colorado and join Mr. Dunn in Florida. Her online fantasy world however went too far on November 22nd 2019. On one occasion only, she took pictures as Mr. Dunn had demanded, of her son and transmitted them.

It was Mr. Dunn who created a dominant submissive state in which he was the master and Tonya was the slave.  Dunn sent Tonya a contract that enumerated the rules of master and

15

slave. Tonya submitted to the rules because she did not have the mental health ego to withstand his commands. Tonya takes responsibility for her conduct but it is clear from he history, had she not met Mr. Dunn this incident would never have happened. This leads to the conclusion that Tonya Bagley is redeemable and would not be a threat to society.

      This Court has adequate grounds to departe from the guidelines downward tto the minimum mandatory prison sentence of 15 years. Such a sentence would be reasonable and sufficient but not greater than necessary to accomplish the goals of sentencing.

May 14, 2021                                       Respectfully submitted,

                                         _____/S/_____
                                         Khurrum B. Wahid
                                         Counsel for Tonya Bagley
                                         Wahid Vizcaino LLP
                                         2103 Coral Way, Suite 304
                                         Miami, FL 33145
                                         (305)444-4303
                                         (305)444-4302 Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th  day of May, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either by electronic transmission generated by CM/ECF, or in some other manner for those counsel or parties who are not able to receive electronic filings.

        Respectfully submitted,

        Wahid Vizcaino, LLP
        2103 Coral Way, Suite 304
        Miami FL 33145
        Phone: (305) 444-4303
        Fax: (305) 444-4302
        khurrum@wvmlawfirm.com


        _____/s/_____
        Khurrum B. Wahid
        FL Bar No. 178764