

Office: (954) 766-8826  
Fax: (954) 764-3486  

11760 W. Sample Road, #103  
Coral Springs, Florida 33065

## Confidential Forensic Psychological Evaluation

| | |
|---|---|
| **Examinee:** | Tonya Bagley |
| **Case #:** | 20-MJ-08141 |
| **Date of Evaluation:** | 12-21-20 |
| **Date of Report:** | 04-01-21 |
| **Judge:** | Bruce E. Reinhart |
| **Defense Attorney:** | Khurrum Wahid, Esquire |
| **Examiner:** | Michael P. Brannon, Psy.D. |

**Referral Information:** The examinee was assessed at the request of her attorney, Mr. Khurrum Wahid, for an assessment of her current psychological functioning for possible use as sentencing mitigation. The examinee was evaluated on the above date via the Internet due to health restrictions imposed by the coronavirus pandemic. She was incarcerated at Main Detention Center in West Palm Beach, Florida at the time of this assessment. She is charged with Conspiracy to Produce Child Pornography and Use of Interstate Facilities to Transmit Information About a Minor.

**Sources of Information:**

- Clinical Interview
- Mental Status Examination
- Information
- Penalty Sheet
- Criminal Complaint
- Beck Hopelessness Scale (BHS)
- Beck Depression Inventory – Second Edition (BDI-II)
- Beck Anxiety Inventory (BAI)
- Miller – Forensic Assessment of Symptoms Test (M-FAST)
- Reliable Digit Span
- Telephone Interview with Ms. Samantha Sparrows (examinee's daughter)
- Treatment Records from Riverview Counseling
- Treatment Records from Mind Springs Crisis Aftercare

**Notification of Confidentiality Limitations:** The examinee was informed of the purpose of the current evaluation and the limitations of its confidentiality, and she agreed to participate in the assessment.

**Relevant History:** Ms. Bagley is a 42-year-old (D.O.B. – 03/24/78), divorced, white female who was born in West Virginia. She reported that she was raised by her mother and father until their divorce when she was "11 or 12" years of age. She stated that she remained with her father after the divorce of her parents. She related that her mother did not maintain regular contact with her after her parent's divorce. She reported that she was raised with two brothers. She indicated that she was raised in a religious cult (Worldwide Church of God) throughout most of her childhood and adolescence which endorsed strict obedience from children and minimization of females. She disclosed severe and ongoing physical abuse by her father during her formative years. She

further reported that she was frequently sexually abused between the ages of 4 and 11 by her two brothers and "men who my mother knew so that she could get drug money." Moreover, she stated that her oldest brother sexually abused her again when she was 16 years of age by inserting a knife into her vagina. She stated that her brother was subsequently arrested for the above incident. She reported that she was placed into a group home (Richland Village) from the ages of 16 to 18 due to her physical and sexual victimization in her home. She described her childhood as "very unhappy" for the reasons outlined above. She reported a family history of mental illness (mother, father) and drug/alcohol abuse (mother, father).

The examinee reported that she has been married and divorced on three occasions. She related that her first and second marriage lasted for approximately 1 year and her third marriage lasted for 14 years. She reported the occurrence of domestic violence during her first and second marriage. She stated that she is the mother of three daughters and two sons. She related that she gave her first child (daughter) up for adoption and her third child (daughter) was conceived after she was sexually assaulted. She reported that she and her two sons (ages 6 and 12) were residing together in Colorado at the time of her arrest. She stated that she was homeless on one occasion.

Academically, the examinee reported that she completed high school in mainstream classes. She stated that she earned above average to below average grades in school. She related that she was retained on one occasion in 9th grade due to her emotional distress related to abuse within her family. She did not report any behavioral problems in school. She did not report problems in school due to hyperactivity or inattentiveness. She stated that she was bullied and excessively teased by her peers while in school due to her family's involvement in a religious cult. She reported that she did not have any friends while in school.

Occupationally, the examinee reported she was employed full-time at a ski resort in Colorado at the time of her arrest. She revealed that her longest job lasted for five years. She reported that she was never fired from a job. She related that she has never received Social Security disability or unemployment benefits. She reported that she has never served in the military.

Legally, the examinee reported that she was never arrested as a juvenile. She stated that she has never been a member of a delinquent youth gang. As an adult, she reported that she was previously arrested on charges of Worthless Check and Child Neglect. She stated that she has never been sentenced to a term in prison.

Socially, she reported that she has numerous friends in the community. She related that none of her friends have been arrested. She indicated that none of her friends abuse drugs or alcohol. Recreationally, she was not able to identify any hobbies or areas of interest.

Regarding her mental health history, the examinee reported that she participated in counseling sessions in a group home between the ages of 16 and 18. As an adult, she stated that she received counseling services at Veterans Hospital as her first two husbands were enlisted in the military. She reported that she has been prescribed a variety of medications in the past and she was taking Prozac (antidepressant), Topamax (anticonvulsant), and Vistaril (anxiolytic) at the time of this assessment. She related that she has been diagnosed with Posttraumatic Stress Disorder (PTSD), anxiety, and depression. She reported that she has attempted suicide on several occasions with

her last attempt occurring in 2019. She did not report severe mood fluctuations. She reported numerous symptoms of depression and anxiety beginning in childhood. She did not report auditory or visual hallucinations. She did not report delusional beliefs. She disclosed several symptoms of posttraumatic stress including avoidance behaviors, nightmares, vivid recollections, hyper-emotionality, and possible dissociative experiences. She revealed a history of anger control problems.

The examinee acknowledged the abuse of MDMA, LSD, Methamphetamine, cocaine, and alcohol. She reported that she initially used alcohol when she was 10 years of age and drugs in 1999. She indicated that her last use of drugs was in 2001 and her last use of alcohol was in September of 2020. She reported that she often used drugs and alcohol when she was experiencing emotional distress. She reported that she has mostly used drugs and alcohol when in the company of her peers. She reported that she has experienced several "black-outs" due to her abuse of alcohol. She stated that she has never participated in drug or alcohol rehabilitation treatment or attended recovery group meetings.

Medical health was reported as remarkable due to the presence of lupus, breast cancer (in remission), brain tumors, and several head injuries with loss of consciousness (childhood physical abuse). She revealed several symptoms of possible neurological damage including headaches, memory loss, dizziness, and articulation difficulties.

**Mental Status Examination:** The examinee was appropriately groomed and attired in a standard jail uniform. She was short in stature with a medium build. She was able to state her name, date, and location. Her general clinical presentation was cooperative and her demeanor was serious. Eye contact was direct. Motor responses were lethargic with no apparent impairments. Functional intelligence was grossly estimated in the Average range based upon her use of vocabulary and general fund of knowledge. Attention span was within normal limits as she was not easily distracted by extraneous stimuli. Memory functions were mildly impaired on brief measures of those cognitive skills. Responses to examiner inquiries were low in volume, slow in pacing, and adequate in word production. She was tearful throughout the assessment and her mood appeared depressed. She did not appear to be attending to imaginary internal stimuli. She did not verbalize any statements that were suggestive of an active delusional belief system. Judgment, problem-solving skills, and insight were good. She did not report suicidal or homicidal ideations or plans.

**Collateral Interview:** In a telephone interview with the examinee's 19-year-old daughter, Ms. Samantha Sparrows, she reported that her mother suffers from "mental health problems." She further indicated that her mother has participated in counseling sessions and has been prescribed antidepressant medication. She reported that her mother was not able to receive mental health treatment consistently due to family financial problems. She related that her mother has spoken of committing suicide on several occasions and she has threatened to cut herself with a knife. She reported that her mother has confided in her that she (examinee) was sexually assaulted during her childhood by men "so her mother could buy drugs." Additionally, she revealed that her mother reported that she was sexually abused by her brothers. She indicated that her mother was "not such a good mother because she was never really involved with me and my brothers and she was really rough on us sometimes." She related that her mother has displayed ongoing

anger control problems and has occasionally engaged in aggressive actions towards others. She indicated that her mother was mercurial in her moods and unpredictable in her behavior. She stated that her mother was never sexually abusive of her and she was not aware of any sexual abuse by her mother towards her brothers. However, she reported that since her mother has been arrested that she has "started to question everything that my mother did with us." She stated that her mother was "mostly with my father when I was living at home," although she was aware that her mother was involved with other boyfriends. She reported that she never observed her mother use drugs or alcohol or behave in a manner that would suggest that she was under the influence of those substances. She stated that her mother was employed in several jobs, although she was unable to maintain those positions. Medically, she reported that her mother suffered from breast cancer, brain tumors, and other physical maladies. She stated that her mother received radiation treatment for her breast cancer. She also indicated that her mother's brain tumors "caused her to act strangely sometimes and she would think things like she was a little kid again and then all of that went away and didn't happen anymore." She stated that she has terminated all communications with her mother due to the allegations against her and she currently resides with her boyfriend and his family.

**Collateral Documents:** Treatment records from Riverview Counseling revealed that the examinee participated in several outpatient individual counseling sessions at that facility from 2017 to 2018. She complained of depression, anxiety, marital problems, and memory loss. She stated that she was sexually abused during her childhood by her brother and physically abused by her father. She further disclosed that her mother abused heroin and that she had allowed men to have sex with her (examinee) so that she would be able to obtain money for heroin. She also reported numerous medical problems including lupus, a brain tumor, and spinal pain. She was diagnosed with Posttraumatic Stress Disorder, Major Depressive Disorder, and Obsessive-Compulsive Disorder. It was related that she was prescribed antidepressant medication (Prozac).

Treatment records from Mind Springs Crisis Recovery reported that the examinee participated in outpatient individual counseling sessions at that facility in May of 2018. She complained of symptoms of depression, anxiety, memory loss, and marital problems. She was diagnosed with Generalized Anxiety Disorder, Major Depressive Disorder, and Posttraumatic Stress Disorder. She reported medical conditions including a brain tumor and lupus.

**Psychological Testing:** The Beck Hopelessness Scale (BHS) is a frequently administered test designed to assess for feelings of hopelessness. The examinee obtained a Total Score on the BHS that falls in the High range. Individuals who obtain the same score as the examinee are reporting numerous symptoms of hopelessness during the seven days before and on the date of the test.

The Beck Anxiety Inventory (BAI) is one of the most commonly administered screening tools for anxiety. The examinee obtained a Total Score on the BAI that falls in the High range for anxiety. Individuals who obtain the same score as the examinee are reporting numerous symptoms of anxiety during the 30 days before and including the test date.

The Beck Depression Inventory – Second Edition (BDI-II) is one of the most commonly used brief assessment scales for symptoms of depression. The examinee obtained a total score on the BDI-II that falls in the High range of depressive symptomatology. Individuals who obtain the

same score as the examinee are reporting numerous symptoms of depression during the two weeks before and including the date of the test.

Reliable Digit Span is an effort test requiring the examinee to repeat several digits forward and backward. Individuals who score below the cut-off score are often suspected of poor effort on cognitive tasks. The examinee scored above the established cut-off score on this test. As a result, the examinee's score was consistent with adequate effort on cognitive tasks.

The Miller Forensic Assessment of Symptoms Test (M-FAST) is a brief structured interview designed to assess an individual's probability of malingering psychiatric illness. Scores that exceed the established Total Score cutoff are suggestive of malingered psychopathology. The examinee obtained a Total Score on the M-FAST below the established cutoff score. Individuals who obtain the same score as the examinee are rarely diagnosed with Malingering.

**DSM-5 Diagnoses**

> Posttraumatic Stress Disorder
> Major Depressive Disorder – severe, recurrent
> Obsessive-Compulsive Disorder
> (rule-out) Dissociative Identity Disorder
> (rule-out) Alcohol Use Disorder – in a controlled environment
> (rule-out) Dependent Personality Disorder
> Lupus
> Breast Cancer (in remission)
> Several Head Injuries with Loss of Consciousness

**Conclusions:** The examinee reported and displayed numerous symptoms of mental health disorders. She also revealed the chronic and severe abuse of alcohol and several head injuries with loss of consciousness. Psychological testing revealed symptoms of depression, anxiety, and hopelessness. Tests designed to assess for possible response distortion did not reveal any indications of malingering or poor effort. In a telephone interview with the examinee's daughter, she corroborated most of her mother's self-reported problem areas. A review of prior mental health treatment records corroborated a treatment history for major mental disorders. Based upon the information available at the time of this assessment, the examinee would be an appropriate candidate for participation in long-term, weekly, individual counseling sessions focusing upon trauma-resolution, judgment, parenting skills, assertiveness, mood regulation, and medication compliance. She also should be required to attend psychiatric case management services monthly to monitor compliance with her prescribed psychotropic medication regimen. If the current allegations are determined to be accurate as charged, she should be required to attend weekly sex offender rehabilitation groups in the community. Additionally, she should attend recovery group meetings several times per week and submit to random urinalysis and breathalyzer testing. Finally, the examinee should be considered for a comprehensive neuropsychological evaluation to assess for the possible presence of neurological damage. The examinee did not display any factors that would prevent her from benefiting from treatment services as outlined above.

Thank you for the opportunity to participate in this evaluation and please feel free to telephone me if you require additional information in this matter.

*[signature]*

**Michael P. Brannon, Psy.D.**
Licensed Psychologist
PY0004289